UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW THOMAS ADAMS, and
DIANA COLLEEN ADAMS,

        Plaintiffs,        Case Number 16-14185
                                       Honorable David M. Lawson
v.                                          Magistrate Judge R. Steven Whalen

ALLY FINANCIAL, and
SCOTT STENGEL,

        Defendants.
_____/

## ORDER WITHDRAWING REFERENCE, AND DISMISSING COMPLAINT

On November 29, 2016, the plaintiffs filed their *pro se* complaint alleging violations of the Fair Credit Reporting Act. On December 2, 2016, the Court referred the matter to Magistrate Judge R. Steven Whalen for general case management in accordance with the authority conferred in 28 U.S.C. § 636(b). On January 19, 2017, the parties submitted a stipulation dismissing the case with prejudice and without costs or attorneys' fees to any party. The Court will therefore withdraw the reference to the magistrate judge and dismiss the case.

Accordingly, it is **ORDERED** that the order referring this matter to Magistrate Judge R. Steven Whalen for general case management [dkt. #5] is **VACATED**.

It is further **ORDERED** that, pursuant to the stipulation of the parties, the case is **DISMISSED WITH PREJUDICE** and without costs or attorneys' fees to any party.

                                                        s/David M. Lawson
                                                        DAVID M. LAWSON
                                                        United States District Judge

Dated: January 19, 2017

Stipulated to by:

s/Andrew Thomas Adams
4971 Lancaster Hills Dr.
Apt 201
Clarkston, MI 48346
248-613-3649
Plaintiff

s/Diana Colleen Adams
4971 Lancaster Hills Dr.
Apt 201
Clarkston, MI 48346
248-613-3649
Email: 2dianaadams@att.net
Plaintiff

s/Scott A Petz
Dickinson Wright
2600 West Big Beaver Road
Suite 300
Troy, MI 48084
248.433.7200
Fax: 248.433.7274
Email: spetz@dickinsonwright.com
Attorney for the defendants

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January19, 2017.

                                       s/Susan Pinkowski
                                       SUSAN PINKOWSKI